IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JASON SOLESBEE, <br> Plaintiff, | Civil Action No. 7:06cv00165 |
| | **FINAL ORDER** |
| NEW RIVER VALLEY REGIONAL JAIL, et al., <br> Defendants. | By: Jackson L. Kiser <br> Senior United States District Judge |

In accordance with the accompanying Memorandum Opinion, it is hereby **ADJUDGED** and **ORDERED** that plaintiff's motion to amend is hereby **GRANTED**; this action shall be and hereby is **DISMISSED** without prejudice, pursuant to 28 U.S.C. § 1915A(b)(1); all other pending motions are hereby **DENIED as MOOT**; and this case will be **STRICKEN** from the active docket of the court.

The Clerk of the Court is directed to send certified copies of this Order and accompanying Memorandum Opinion to the plaintiff and counsel of record for the defendants, if known.

ENTER: This 5th day of May, 2006.

/s/ Jackson L. Kiser
Senior United States District Judge